UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
BRIAN ROFFE PROFIT SHARING PLAN, :
JACOB SALZMANN, and DENNIS PALKON, :
Individually and On Behalf of All Others Similarly :
Situated, :
:
:
                Plaintiffs, :
:
     - against - :    12 Civ. 4081 (RWS) (GWG)
:
:
FACEBOOK, INC., MARK ZUCKERBERG, :    CLASS ACTION
DAVID A. EBERSMAN, DAVID M. SPILLANE, :
MARC L. ANDREESSEN, ERSKINE B. :    **NOTICE OF APPEARANCE**
BOWLES, JAMES W. BREYER, DONALD E. :
GRAHAM, REED HASTINGS, PETER A. THIEL, :
MORGAN STANLEY & CO. LLC, J.P. MORGAN :
SECURITIES LLC, GOLDMAN, SACHS & CO., :
MERRILL LYNCH, PIERCE, FENNER & SMITH :
INC., and BARCLAYS CAPITAL INC., :
:
                Defendants. :
:
------------------------------------------------------------x

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendants Facebook, Inc., Mark Zuckerberg, David A. Ebersman, David M. Spillane, Marc L. Andreessen, Erskine B. Bowles, James W. Breyer, Donald E. Graham, Reed Hastings, and Peter A. Thiel.

I certify that I am admitted to practice in this court.

1

Dated: New York, New York
June 13, 2012

                    KIRKLAND & ELLIS LLP

                    By: */s/Brant W. Bishop, P.C.*
                          Brant W. Bishop, P.C.

                    655 Fifteenth Street, N.W.
                    Washington, D.C. 20005
                    Telephone: (202) 879-5000
                    Fax: (202) 879-5200
                    brant.bishop@kirkland.com