**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

BRIAN ROFFE PROFIT SHARING PLAN, JACOB SALZMANN, and DENNIS PALKON, Individually and On Behalf of All Others Similarly Situated,

Plaintiffs,

- against -

FACEBOOK, INC., MARK ZUCKERBERG, DAVID A. EBERSMAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. THIEL, MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN, SACHS & CO., MERRILL LYNCH, PIERCE, FENNER & SMITH INC., and BARCLAYS CAPITAL INC.,

Defendants.

12 Civ. 4081 (RWS) (GWG)

CLASS ACTION

**FACEBOOK, INC.'S RULE 7.1 DISCLOSURE STATEMENT**

TO THE COURT CLERK AND ALL PARTIES OF RECORD:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Facebook, Inc. states the following:

Facebook, Inc is a corporation organized under the laws of Delaware, and there is no publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
June 13, 2012

KIRKLAND & ELLIS LLP

By: */s/Brant W. Bishop, P.C.*
Brant W. Bishop, P.C.
Andrew B. Clubok

655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Fax: (202) 879-5200
brant.bishop@kirkland.com

KIRKLAND & ELLIS LLP
James F. Basile
Elizabeth L. Deeley
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Fax: (415) 439-1500

WILLKIE FARR & GALLAGHER LLP
Richard D. Bernstein
1875 K Street, N.W.
Washington, DC 20006-1238
Telephone: (202) 303-1000
Fax: (202) 303-2000

WILLKIE FARR & GALLAGHER LLP
Todd Cosenza
787 Seventh Avenue
New York, NY 10019-6099, U.S.A.
Telephone: (212) 728-8000
Fax: (212) 728-8111

*Attorneys for Defendants Facebook, Inc., Mark Zuckerberg, David A. Ebersman, David M. Spillane, Marc L. Andreessen, Erskine B. Bowles, James W. Breyer, Donald E. Graham, Reed Hastings, and Peter A. Thiel*